UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 12-4552
_____

REGINALD FENTER,
                    Appellant

v.

MONDELEZ GLOBAL, LLC
_____

Appeal from the United States District Court
for the Eastern District of Pennsylvania
(Civ. Action No. 2-11-cv-04916)
District Judge: Honorable Robert F. Kelly
_____

Submitted Pursuant to LAR 34.1(a)
on November 6, 2013

Before: GREENAWAY JR., VANASKIE, and ROTH, *Circuit Judges*

_____

JUDGMENT
_____

This cause came on to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted on November 6, 2013.

On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the order of the District Court entered November 14, 2012 be and the same is hereby affirmed. Costs shall be taxed against Appellant. All of the above in accordance with the opinion of this Court.

ATTEST:

s/Marcia M. Waldron
Clerk

Dated: August 4, 2014